Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PAGE, Circuit Judge. [1] Plaintiff in error here urges that he was wrongfully convicted on the unsupported testimony of an accomplice. A careful examination of the record shows that there was corroboration; but, if there was not, that would not be ground for reversal. Caminetti v. United States, 242 U. S. 470, 495, 37 Sup. Ct. 192, 61 L. Ed. 442, L. R. A. 1917F, 502, Ann. Cas. 1917B, 1168; Richardson v. United States, 181 Fed. 1, 104 C. C. A. 69; Holmgren v. United States, 217 U. S. 509, 30 Sup. Ct. 588, 54 L. Ed. 861, 19 Ann. Cas. 778; Graboyes v. United States, 250 Fed. 793, 163 C. C. A. 125; Reeder v. United States (C. C. A.) 262 Fed. 36; United States v. Heitler (D. C.) 274 Fed. 401.

[2] There was evidence that would support a conviction. The weight of the evidence was for the jury. Applebaum v. United States (C. C. A.) 274 Fed. 43.

Judgment is affirmed.

---

### SILVERTHORNE v. THADDEUS DAVIDS INK CO., Inc.

(Circuit Court of Appeals, Second Circuit. April 3, 1922.)

No. 266.

Appeal from the District Court of the United States for the Southern District of New York.

Suit by Frank H. Silverthorne against the Thaddeus Davids Ink Company, Inc. From a decree dismissing the bill, plaintiff appeals. Affirmed.

William A. Redding and Warren S. Orton, both of New York City, for appellant.

W. P. Preble, of New York City, for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

### SEKINOFF v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. August 7, 1922. On Petition for Rehearing, October 16, 1922.)

No. 3808.

1. Criminal law ⬥1036(5), 1129(1)—Alleged inadmissibility not reviewed, in absence of objection or assignment of error.

Where the claim that testimony was hearsay was not raised by objection, or by assignment of error, it cannot be considered.

2. Indictment and information ⬥190—Conviction of attempt authorized under indictment for carnal knowledge.

Under Comp. Laws Alaska 1913, §§ 2073, 2268, 2269, one indicted under section 1894 for carnally knowing and abusing a female under 16 years of

⬥For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes